**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION ,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:05-cv-1880-Orl-31KRS**

**ROANOKE TECHNOLOGY CORP., DAVID L. SMITH, JR., THOMAS L. BOJADZIJEV, BARRETT R. CLARK, & SUSSEX AVENUE PARTNERS, LLC,**

        **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. The answer filed by Defendant Thomas L. Bojadzijev (Doc. 21) is signed by Bojadzijev, but the accompanying Certificate of Service is signed by Irving Einhorn, who appears to be an attorney. If Bojadzijev is representing himself *pro se*, he must sign the pleadings and other documents in this case. If Einhorn wishes to represent Bojadzijev, he must make a proper appearance before signing any documents on Einhorn's behalf. In consideration of the foregoing, the answer (Doc. 21) filed by Defendant Thomas L. Bojadzijev

is **STRICKEN**.  Defendant Bojadzijev shall file a properly signed answer on or before February 24, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 10, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party