**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION ,**

          **Plaintiff,**

-vs-                        Case No.  6:05-cv-1880-Orl-31KRS

**ROANOKE TECHNOLOGY CORP., DAVID L. SMITH, JR., THOMAS L. BOJADZIJEV, BARRETT R. CLARK, & SUSSEX AVENUE PARTNERS, LLC,**

          **Defendants.**
_____

## ORDER

Upon consideration of the Notice filed by Plaintiff, Securities and Exchange Commission ("SEC") notifying this Court that the staff of the SEC and Defendant, Roanoke Technology, Inc., have reached a signed settlement in principle, which settlement the SEC's staff must submit to the five-member commission for Consideration, and the SEC's motion for a 90-day stay of this action as to Defendant Roanoke (Doc. 49), it is

**ORDERED** that the Motion is GRANTED.  This cause is stayed and all pretrial deadlines are abated for 90 days from the date of this Order to allow the Commission's consideration of the pending settlement offer submitted by the Defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 13, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE