# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION ,**

       **Plaintiff,**

**-vs-**                                           **Case No. 6:05-cv-1880-Orl-31KRS**

**DAVID L. SMITH, THOMAS L. BOJADZIJEV, and BARRETT R. CLARK,**

       **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's unopposed Motion to Set Disgorgement and Civil penalty (Doc. 111), it is

**ORDERED** that said Motion is GRANTED. The Clerk is directed to enter judgment for Plaintiff as follows:

1. Against Defendant, Thomas L. Bojadzijev, disgorgement damages of $2,681,866, a civil penalty of $120,000, plus prejudgment interest of $291,565.02, for a total of $3,093,431.02;

2. Against Defendant, David L. Smith, Jr., disgorgement damages of $4,270,450, a civil penalty of $120,000 plus prejudgment interest of $464,271.47, for a total of $4,854,721.47.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 27, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                 GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE